Case on the docket C-18-0195 Marriage of Brethren Kane, Petitioner Appellini and Sutter Kane, Respondent Appellini, Michael B. Appellini, Petitioner Appellini On behalf of the Petitioner Appellini, Mr. Michael B. Appellini. On behalf of the Petitioner Appellini, Ms. Natalie M. Scott. You both felt ready to proceed?  Then you may start when you're ready. Justice Troganson, good morning. Good morning. Justice Spence, good morning. Good morning. Justice Shostack, I don't know that I've had the pleasure before, but good morning. Good morning. It's my privilege and opportunity to appear before you this morning with regard to the second appeal on the Kane case. And as the court knows, I am the former attorney for Mr. Kane. The appellate court affirmed a ruling from Judge Davenport on a final fee petition that I had filed. The appellate court affirmed without remand. And after the mandate was issued, Mr. Kane filed a petition against me individually under 50883, which says generally that the court may award fees for the defense of an appeal. Before we get started, Ms. Stee indicates that we don't have jurisdiction because of race judicata. I made that argument. No, I'm sorry. You made that argument. But we have jurisdiction. You're saying we have jurisdiction or we don't have jurisdiction? I'm saying that the trial court did not have jurisdiction. Oh, the trial court did not have jurisdiction. Okay, I'm sorry. Yes, my apologies if I wasn't clear on that. Have you looked at Rule 369B, though? I don't know what that rule says specifically, Judge. Well, the language, the pertinent language is when the reviewing court dismisses the appeal or affirms the judgment and the mandate is filed with the circuit court, enforcement of the judgment may be had and other proceedings may be conducted as if no appeal had been taken. In other words, there is jurisdiction. Judge, I certainly would agree that Judge Davenport has the authority to enforce the judgment that I was awarded in this case. But respectfully, I would not read that additional language to mean that Mr. Cain could request fees when he did not do that in the trial court proceedings. And equally important, he did not do that in the appellate court proceedings because, just talking conceptually, if he had raised that issue, the appellate court may have been in a position to say we are going to remand and for further proceedings on the issue of Mr. Cain's fees. But he didn't do that and we would have had, I assume, the argument about whether the trial court has the ability to award fees against a lawyer by a former client in the appeal itself. And so I do think there is an issue of forfeiture and it would be my hope that the appellate court would not read the language of 369B to allow a litigant to do something that they could have and presumably from Mr. Cain's position should have done in the trial court and also in the appellate court. But did you raise that argument in your opening brief? In my opening brief? In this case? Yes. Yes, it's the first thing I said, that I thought there was forfeiture here. And if the appellate court should agree with that, the case becomes very simple because if you agree that Judge Davenport, having received a ruling from the appellate court that says, and the mandate issues, all that's left is for me to enforce my judgment. They can't create a new claim in the trial court after having gone through that process. Isn't the true issue here is whether you're a party? Yes, of course. If you're getting past everything else, the issue becomes, are you a party? Pursuant to 508C, is an attorney who's seeking this fees a party? No, I don't think that's the issue, Judge. I think the real issue is, the deep issue is, is an attorney who files a final fee petition under C1, has his permitted, does that mean that that attorney becomes a party under A3? And I would suggest to the court that they are separate and distinct sections of the statute. And just a very simple example, here's the problem, and I said this to Judge Davenport, just thinking this through, if the court considers me to be a party under A3, A3 specifically says that the court must consider the financial resources of the parties. I guess if I'm a party, that's where we get into the issue about whether Mr. Cain can serve Mike Cannuli with a financial disclosure because he prosecuted a fee petition. And I said to Judge Davenport, I didn't think that I could be required to complete a financial disclosure. I could be required to produce personal tax returns, or I could be required to testify in open court in a public proceeding as to what my income was. Now the problem is, how would you conduct a proceeding under C1? C1 is a matter of contract. I entered into a contract with Mr. Cain, and that contract provides for an hourly rate, and it provides the terms of the services that are going to be provided. Now that is subject to two things in the divorce court. Number one, a divorce judge deciding whether my hourly rate of 325 after 40 years of practice is usual and customary and due page, which the court found that it was. There was no dispute, it was stipulated. And the second is, were the services that I offered Mr. Cain reasonable and necessary to his case? The record is very clear. In this case, it was a difficult case. Mr. and Mrs. Cain, a lot of litigation. The German firm is an exceptionally talented divorce firm. It was a difficult case for everybody. But if Judge Davenport holds a hearing on this, under C1 there's an absolute prohibition from considering ability to pay. In this respect, if I was worth $100 and Mr. Cain was worth $25 million, which can happen, does that mean that the court should consider my circumstances and Mr. Cain's? I would say no. The flip side of that is also true. What if the lawyer is worth $25 million, but the client is worth $100? Under C1, that doesn't come into evidence. It's irrelevant. Not only is it irrelevant, it's excluded. I don't know, maybe I think you're going a little far afield where we don't need to go. But under 508A, it sets out the fees, the attorney's fees, interim attorney's fees, contribution to attorney's fees, fees from a former client. What do you think the General Assembly had wanted? What were they looking for out of that legislation? What was their intent? I'm sorry, did you say legislation? The General Assembly. In the legislation, they're talking about spouses as parties, correct? Absolutely. Here's what the court can appreciate. You have 508A. In the world of family law, as the court knows, you have interim fees, you have contribution fees, and you have final fees. Even though it's under 508, the legislature could have said 509, 510, but what they did was they separated it out within 508. And there's a reason for that. And the reason is because treating a final fee petition is a separate, indistinct proceeding, which has different elements. In other words, I wouldn't have to prove in a C1 petition, which I didn't, what Mr. Cain's ability to pay is because it's a narrow contract. And again, once I prove my fees and make arguments to the court that they were reasonable and necessary, then the court has to decide reasonableness and necessity, which Judge Davenport did. But if you have a 508A proceeding and you have a 508A petition for fees, it necessarily requires the court to consider financial ability and ability to pay. So I said to Judge Davenport, thinking this through, if we actually have a hearing on this, how could we possibly have a hearing on the one hand that excludes reference to financial ability, but in that same hearing have an obligation to put that evidence in? And that's why I think when you look at these sections, the legislature intended the word party in 508A to mean spouse or former spouse. Wasn't the whole point to level the playing field between spouses and a divorce proceeding? Yes, it was. Which gets into ability to pay, because sometimes one party has control of the assets, that's one party's mega breadwinner, the other party may be a homemaker, and they don't have equal access to funds. When I looked at this, I tried to look at it from 360 degrees, and I always try and say, why am I wrong in what I'm doing? Why am I wrong in how I'm looking at it? And I cannot reconcile the fact that 508A relates to spouses or former spouses, and 501C1 relates to the attorney-client relationship. Now, as Ms. Stack points out in her brief, on occasion, there may be a client who pays a lot of money to their attorney up front, and the attorney is discharged or the attorney doesn't earn the fee, and it's the client that can file a petition for final fees. And does that mean that a client who chooses to file a petition for final fees cannot force their former attorney to provide personal financial information? And so what I'm saying to the court, and I think what the Academy was suggesting, is this was not the intention of the legislature, and I acknowledge that they used the word party, but the word party for purposes of C1 is different than the word party for A3. Do you think A3 meant spouses? Absolutely, and former spouses. And the other reason we know that is because 508A does not make specific reference to C1, and C1 does not make specific reference to 508A. And if I could just say this, Judge, why am I here? Why did I take an appeal? I've appealed a number of attorney fee cases along the way, not because I want to put money in my pocket, but because I would like to see the family law bar compensated for their work. And I had a case in Cook County a few years ago where I had a client who owed me $2,000, and he was supposed to pay me $300 a month. And after about two years of calling and sending letters, I filed a petition for rule to enforce the order. And the judge had a big call. It was a crowded courtroom. He stepped up, said, what do you have, counsel? And I said, Judge, I have a petition for contempt. Tell me about it. He said, well, I have a client. We entered into an agreed order. He owes me $2,000. He's supposed to pay $300 a month. He's not making the payment. Two years of doing this, I'd like to enforce the order. And he looked at me and he said, you want me to issue a rule that shall cause not a fee order? I said, yes. He goes, I'm not going to do that. And I said, well, Judge, if I was there on behalf of a client asking you to enforce a child support order, would you do that? And the judge kind of leaned back and looked at me and he said, well, of course. And I said, do you know who Alexandra, Laura, Danielle, and Natalie are? And now he's smiling at me. And he says, no. I said, Judge, those are my children and this is my child support. And, you know, the practical reality is I'm not going to get back into the opinion and I respect the appellate court's judgment. I'm not crying about it. But there's no question I did the work in this case. And the amount of money that I lost in this case was probably equal to a year of college tuition. And that's really why I'm here. And I'm happy to answer any questions that the court has. But I do think that 508A was intended for spouses or former spouses. C-1 is for former attorneys and their clients. And I will say this. If the appellate court is inclined to allow this to go forward, I think creative lawyers are going to come up with so many different ways to do that which the legislature never intended. I'll just give you an example. We know that under certain cases that lawyers cannot get fees for prosecuting fee petitions. And this makes that point in the brief. If you file a separate contract action, the Wayland case says, if I have to go hire a collection lawyer to do that and he charges me a fee, I can do that. But does that mean that in a family law case I should hire another lawyer to handle a petition because now I'm incurring fees, pursuing fees? It's got to be a two-way street because of equal protection. I'm not necessarily saying it's a constitutional argument of constitutional proportions, but what I am asking the court to say is I'm leveling the claim field. Treat lawyers and former clients alike. And if Mr. Kane can get attorney's fees from me for defending my appeal, then why shouldn't I be able to get attorney's fees from him for prosecuting the appeal? But we know the legislature doesn't want that. We know the legislature does not want that. Thank you. I think you'll have a chance to reply. Counsel? Good morning. Natalie Stutch on behalf of Greg Kane, the affilee, counsel, the court. One of the things that I would like to address is the question that was asked regarding the term spouse. Actually, the term spouse doesn't appear in Section 508. What does party mean in 508? I'm sorry? What does the word party mean in 508? I think the common sense term party. It has not been specifically, it doesn't exclude anybody, frankly. And so you have under 508C, 508C specifically says when an attorney files a final fee petition, they become a party. And, in fact, if the attorney is not the person initiating the litigation, the client under 508C is allowed to file a petition for final fees. Do you mean 501C? No, it's 508C1, 508C1. There's the C-1, which is the interim fees, and then 508C1. And if the client, after the attorney has withdrawn, if the client can also be the one that pursues a petition for final fees, if the court doesn't already have jurisdiction over the former counsel, it actually authorizes summons to issue for purposes of the court obtaining jurisdiction. So I disagree that the statute limits the term party to spouse or former spouse, because the statute also applies to parentage actions. There's also grandparent visitation. There's different things that the statute applies to that spouse or former spouse would never be a term that applied to one of the parties in the case. Let me ask you this. So you have an issue, say, with a child support case, or you have a property division case or maintenance. So all of that is finally determined. And the only thing left pending is attorney's fees. Can there be an appeal taken with the attorney's fees still pending? Yes. So despite the pending attorney's fees, you can still take an appeal. Wouldn't that indicate to you then that the attorney is not a party? Well, 508C specifically directs that the petition for final fees is an independent cause of action for the specific purpose, and it's not interrelated. The King case specifically said that the term an independent cause of action means that the two are not interrelated to the other issues that are pending before the court. The primary purpose of 508C being enacted was, frankly, to create judicial autonomy. So part of when I look at both Mr. Cannulli's brief and the Academy's brief and the arguments that are being made, there seems to be an argument that's being put forth that the term former counsel grants Mr. Cannulli some greater deference before the court as opposed to the contractual relationship being the basis upon which he has standing to sue. So if you accept Mr. Cannulli's argument that he has greater deference or that there's some different standing as former counsel and we carry that through, what does that mean? Does that mean he's excluded because he once stood in the stead of former counsel in terms of participating in final fee litigation, whether it's part of the divorce case or whether it's part of an independent proceeding? I don't think the statute intended that. There's nothing on the face of the statute that says that's what that relationship creates. Once the final fee petition is filed, Mr. Cannulli is a plaintiff. My client's the defendant. Do you have any cases, conversely, that say the party is somebody other than the spouse for purposes of 508? For purposes of 501 or? 508. A case that says a party is someone other than a spouse? Yeah, that it includes more than just the spouse or former spouse, of course. Well, the statute itself is incorporated into the Parentage Act. So the statute itself allows it to be used. Attorney's fees are not just incurred in divorce cases. So the idea that it only applies – I don't have a case that says that it's restricted to the term spouse. I wasn't able to find that. Or that it does apply to a lawyer. Well, I think the statute says that it applies to a lawyer. Right, granted that. But any case law that you're aware of? Not that I'm aware of. Not that I'm aware of. In going back to what I was saying in terms of the former counsel, that title, meeting something other than you're a party, it sort of speaks to some of the other issues that have come up. If there's a – and this is different than what's happening in this case – but the issue of disgorgement or the issue of malpractice. You can file a counterclaim for malpractice within – after an attorney files a final petition for fees and costs. So if a former attorney is allowed to stand before the court and say, well, there's a judgment for malpractice against me, but I'm excluded from having to participate in discovery, I'm excluded from having to – the other rules that apply to the other litigants, I don't have to produce that information. How would one ever enforce a judgment of malpractice against a former attorney? But that's sort of the situation we have. It's not the situation that we have. But if you say that an attorney, by virtue of being a former attorney, is not subject to the same rules as any other litigant, then why wouldn't that be an argument that's applied in a different circumstance? Particularly with the malpractice and the disgorgement circumstance, because those specifically arise under the same set of circumstances. Go ahead. If he had sued your client in a law division case or in a small claims case, then it may be a different story, wouldn't it? What are you saying? Why would it be a different story? Well, I suppose it might be a different story in the sense that 508 – He's a party. I'm sorry? He can only then be a party. Well, if we're suggesting under 508C that he's not a party, then I suppose the converse argument would be the court had no jurisdiction to award further fees. So if he's a party for purposes of pursuing Mr. Cain for additional funds, I don't know how we argue in the converse he's not a party in any other sense. Particularly when the plain language of the statute is very simple. It specifically says you become a party. If that's subject to interpretation, I think that would open the gates of litigation, because then if we're going to argue that when a statute specifically identifies you as a party, that that's not really what the statute meant, I think that creates a slippery slope. One of the obvious points Mr. Cooley brings up is the – that you didn't actually seek fees while the case was in the appellate court or the trial court. Sure. Do you want to respond to that, please? Sure. 508A3 specifically authorizes that one can file for the defense of an appeal. It doesn't specifically exclude it to a pending appeal. I agree with the court with respect to Rule 369B, but I think the statute also authorizes it. One of the other things that I would like to respond to is Mr. Cain indicated that under Section 508A and 508C regarding the final fees are not interrelated in any way. And if you read the statute as a whole, that is incorrect. 508A specifically authorizes the final fees to be filed under 508C. 508A also authorizes how those fees can be awarded. They can be awarded in the name of the party or they can be awarded in the name of the attorney and that enforcement and judgment can be obtained. So just the argument that because they're close in geographics doesn't mean they're interrelated, the statutes 508A and 508C are interrelated when you read the statute as a whole with respect to the final fees. The primary purpose, and I think one of the questions that you had posed to Mr. Cannulli, was the intent of the legislature in terms of 508C. In 508C, the purpose was for judicial economy. One of the things that I think the court, and it was in the Edgar case, the court recognized that the attorney stands in a unique position in being able to sue a former client under these circumstances, so certain safeguards are put in under 508C. One, it's not mandatory. If you don't want to file under 508, you can file in an independent proceeding and all the rights that you would otherwise have, you still have. But under 508C, there's particular safeguards that you have to have a written contract. You have to show that you have issued billing statements on a quarterly basis. There's certain provisions that have to be in your contract in order for the divorce court to hear your petition for final fees. 508A3 offers a similar safeguard. I don't think the legislature intended that a former counsel, by virtue of being a former counsel, should be able to litigate without immunity and litigate without accountability, particularly when it comes to rules, as I discussed earlier, rules of discovery or rules of Mr. Cannulli took full advantage of those when he litigated the fee petition. He issued discovery. He went to trial. He issued exhibits. So the purpose of 508 was not to create a shield for the attorney to litigate and do whatever they deemed necessary to collect their fees, and the attorney and the former client has to stand back and either accept that you pay whatever their claiming is owed or you try to become part of the litigation. And if the rules only apply to one side, that certainly can't be what had been intended by the legislature. The last point that I would make, and I've brought it up briefly, is that 508 is not something that's mandatory. If Mr. Cannulli or any former counsel chooses to, it doesn't bar them from being able to collect their fees in a different form. Granted, it might be more convenient, but it doesn't preclude I think both the Academy and Mr. Cannulli brought up that if it was really intended, it wouldn't bar an attorney from being able to file a substitution of judge. Well, it doesn't deny any rights to a former counsel because it doesn't deny you the ability to proceed in a different forum, which would then allow you to exercise your one-time substitution of a judge. So it's an option that an attorney has available to them. Frankly, if the purpose is to promote judicial economy, one of the things in making everyone accountable would help that. If whoever the unhappy party is in a fee dispute has to think through the merits of an appeal and whether that litigation is worth pursuing, just being unhappy doesn't mean that an appeal should necessarily follow. So if one side is given an open door, it certainly does not promote judicial economy. I would ask that the court affirm the trial court and send it back down for further hearing on the petition for fees. If there's nothing further. Thank you very much. Do you wish to reply? Yes. Mr. Connolly, one of the things that was just brought up was the fact that an attorney who does become a party, according to 508c-5, is not entitled to exercise the right to substitution of judge. So there are the legislature did see fit to impose some restrictions on the right of an attorney to litigate the fees as a party. Correct? Yes. So if they had saw fit to impose other restrictions, I think we can assume that they would have. Correct. Yes, except... As far as limitations on the rights that are accorded to a party. Sure. The appellate court could have written C-1 to say... The appellate court didn't write it, though. No, I'm sorry. The legislature could have written C-1 to say that in a C-1 petition 508a applies. It didn't. 508a could have said that 508a applies to C-1 proceedings. It didn't. And here's a point I'd like to make. I think counsel is saying to you, well, there's nothing here that says you can't do it. It's really an isolated reference to the party, but it is in there. But isn't it kind of, I don't want to say disingenuous, but certainly not fair that in a 508 petition you could introduce exhibits, you could take discovery, you could do a lot of things. You're the one looking for your money. Why is it that the defendant, if you will, your client doesn't have the opportunity to do the same? Because, Judge, the statute C-1 does not allow for that. And if I could just suggest a practical consideration, because I always try to think, well, what's the practical result of a decision one way versus the other way. If you were a family law attorney, you would be loathe, I think, to ever file a petition under C-1 for final fees if what that meant was that your former client could serve you with a financial disclosure, get your tax returns, get your income. And the shame of that would be it's either likely to discourage lawyers from doing family law, because when I was hired by Mr. King, did I think for a moment that he could ever get my financial information or I could be made to pay for his fees in a C-1 petition? Never. It's not in my contract. Any ruling along those lines would be writing things into my contract that doesn't exist. And let me talk, if I can, about accountability. There are rules built into the Supreme Court rules in Section 508B of the divorce statute that says if a lawyer signs a petition without reasonable investigation, and it's untrue, or he brings a petition for an improper purpose, the lawyer can't individually be responsible for legal fees of someone like a former client. But even that doesn't allow them to get into a final fee petition of personal financial information. And you have Rule 375. So there is clearly accountability. Counsel brings up the important point of judicial economy. I can only tell you as a family law attorney, I have distinct preference to have the judge who heard the case hear the fee petition. Now, in this case, the common law record will show this was a difficult case over several years. Judge Eckrey had this case. It was only after Judge Eckrey retired that Judge Davenport took the case for the last couple of months and it was settled. Please excuse me when I say this. There would be an entirely different result in my fee petition if Judge Eckrey heard this case than Judge Davenport. But the reality was that I didn't have a right to file a substitution, and so I put the petition on. But wouldn't the court, wouldn't the appellate court, the legislature, the family law bar, wouldn't the clients want the judge who heard the case to hear the fee petition? Not necessarily. You may be right about that on some cases. But I mean, generally speaking, if you're going to address an issue of fees, you want the judge who heard the case. If you don't want the judge who heard the case to hear your fee petition, then you probably should file a contract action. But I think it would require, cause many family law attorneys just to refer these out to the law division, to the municipal, whatever it is.  of getting these things done quickly and efficiently. Obviously taking an appeal for a final fee order is not something that every lawyer does. And so in most of the cases, they hear these final fee petitions, they're done, they rule on the fees, and everyone moves on with their life. And if I could just say one other thing. Counsel brought up the issue of legal malpractice. A client certainly has a right to sue an attorney for legal malpractice. And if the client does that, the client still doesn't get access to the attorney's personal financial information. To answer the question of the court, it is not in the statute, it is not in the historical practice notes, it is not in the House or Senate debates, and there is not a single case in the annals of Illinois law since the dissolution statute was passed. And this language was passed in 1991 that has allowed or authorized a trial judge to do what Judge Davenport did in this case. And if you look at what Judge Davenport did, I observed the financial disclosure, and then the court's response, he said, well, we'll just have you produce certain things and I'm going to put a confidentiality order on it. To which I said, well, judges, I mean, if you had a 508 hearing with spouses, you wouldn't be doing any of that. So I think even in Judge Davenport's mind, I don't wish to speak for her, but she knew that this was an unusual and extraordinary request. And so my request to the appellate court is to make a finding that 508A cannot be used in a final fee petition. And please consider the counsel never... My apologies. Counsel never answered the question about how you can conduct a 508C1 petition without financial ability, but a 508A requires it. Thank you very much. Thank you both very much. Your arguments have been exceptional this morning, and we are in recess until our last argument at 1130.